FILED
SEP - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. BUESGENS

      Plaintiff(s),

v.

DOUGLAS G. HOUSER
BULLIVANT, HOUSER, BAILEY, PC, et al

      Defendant(s).

No. C 4:08CV04061-WDB

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 27, 2008

Signature _____

Counsel for Pro Se
(Plaintiff, Defendant, or indicate "pro se")


ADRMOP, E-Filing, ProSe

# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:08-cv-04061-WDB

Buesgens v. Houser et al
Assigned to: Magistrate Judge Wayne D. Brazil
Demand: $8,200,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/25/2008
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Michael L. Buesgens**     represented by **Michael L. Buesgens**
3112 Windsor Road, Ste A322
Austin, TX 78703
512-339-6005 x 7958
PRO SE

V.

**Defendant**

**Douglas G. Houser**
*Respondeat Superior*

**Defendant**

**R. Daniel Lindahl**
*Appellate Attorney*

**Defendant**

**Maren J. Holmboe**
*Attorney*

**Defendant**

**Lisa Lear**
*Attorney*

**Defendant**

**Scott H. Galloway**
*United Parcel Service*

**Defendant**

**Bullivant, Houser, Bailey, PC**

**Defendant**

**United Parcel Service**

**Defendant**

**Garr M. King**
*Judge
United States District Court,
Portland, OR*

**Defendant**

**Sheryl S. McConnell**
*Clerk of Court
United States District Court,
Portland, OR*

**Defendant**

**Janice M. Stewart**
*Judge*
*United States District Court,*
*Portland, OR*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2008 | 1 | COMPLAINT (no process) (with jury demand) against Douglas G. Houser, R. Daniel Lindahl, Maren J. Holmboe, Lisa Lear, Scott H. Galloway (Filing fee $ 350, receipt number 34611022770). Filed by Michael L. Buesgens. (cjl, COURT STAFF) (Filed on 8/25/2008) Modified on 8/27/2008 (cjl, COURT STAFF). (Additional attachment(s) added on 8/27/2008: # 1 Complaint - Part 2 of 3, # 2 Complaint - Part 3 of 3) (cjl, COURT STAFF). (Entered: 08/26/2008) |
| 08/25/2008 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 11/25/2008. Case Management Conference set for 12/2/2008 04:00 PM. (Attachments: # 1 Standing Order)(cjl, COURT STAFF) (Filed on 8/25/2008) (Entered: 08/26/2008) |
| 08/25/2008 |  | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 8/25/2008) (Entered: 08/26/2008) |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
| 08/27/2008 17:24:41 | | | |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Northern District of California

# Telephone Directory

| Function/Name: | Category: | Date Posted: |
|---|---|---|
| **Oakland Office** | **Clerk's Office** | **09/03/1998** |

Telephone:
**510-637-3530**

1301 Clay Street, Suite 400S, Oakland, CA 94612-5212

Northern District of California

# Telephone Directory

| Function/Name: | Category: | Date Posted: |
|---|---|---|
| **Brazil, Magistrate Judge Wayne D.** | Civil Filings | 09/02/1998 |

Telephone:
**510-637-3538**

Docket Clerk: Cindy Lenahan